UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| David Holmes,<br><br>                    Plaintiff,<br><br>   v.<br><br>The State of Nevada,<br><br>                    Defendant. | Case No. 2:22-cv-01468-GMN-DJA<br><br>**Order** |

### I.   DISCUSSION

On September 12, 2022, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 3 at 2). On September 21, 2022, Plaintiff filed a motion for a sixty (60) day extension of time to file a fully complete application to proceed *in forma pauperis* because he had not received his financial certificate from CCDC yet. (ECF No. 4). Plaintiff then filed his financial certificate. (ECF No. 5).

The Court grants Plaintiff's motion for an extension of time for good cause. However, it will require Plaintiff to file a renewed application to proceed *in forma pauperis*, as required by its prior order. (ECF No. 3). Plaintiff shall file a complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before **December 12, 2022**. Plaintiff **only** needs to file an application. He does **not** need file or include a new complaint, new financial certificate, or new account statement.

### II.   CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 4 is **granted**.

IT IS FURTHER ORDERED that by **Monday, December 12, 2022**, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form; or (2) pay the full $402 filing fee for a civil action, which includes the $350 filing fee and the $52 administrative fee. Plaintiff **only** needs to file an application. He does **not** need file a new complaint, new financial certificate, or new account statement. The Clerk of Court is kindly directed to mail Plaintiff the Court's approved application to proceed *in forma pauperis* along with its instructions.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: September 27, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE