# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| David Holmes, | Case No. 2:22-cv-01468-GMN-DJA |
| Plaintiff, | |
| v. | **Order** |
| The State of Nevada, et al., | |
| Defendants. | |

This matter is before the Court on the return of Plaintiff's mail. (ECF No. 10). The Court received notice that Plaintiff's mail was not deliverable. (*Id.*). Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

The Court will therefore order Plaintiff to update his address. The Court notes that Plaintiff represented in his motion for extension of time that his release date would be October 13, 2022 and that his home address is 2728 Haddock Ave., Apt. A, N. Las Vegas, NV 89030. (ECF No. 4). Plaintiff must separately file a notice of change of address to effectuate that change on the docket. But the Court will mail Plaintiff a copy of this order and its most recent order dismissing his complaint with leave to amend.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff must update his address by **April 27, 2023.** Failure to comply with this order may result in a recommendation to the District Judge that this case be dismissed.  The Clerk of Court is kindly directed to mail a copy of this order and the order at ECF No. 8 to Plaintiff at the below address:

**David Holmes**
2728 Haddock Ave., Apt. A
North Las Vegas, NV 89030

DATED: March 28, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE