UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID HOLMES,<br><br>                    Plaintiff,<br>      vs.<br><br>THE STATE OF NEVADA, *et al.*<br><br>                    Defendants. | Case No.: 2:22-cv-01468-GMN-DJA<br><br>**ORDER** |

Pending before the Court is the Motion for Body Camera Footage and Officer Statements, (ECF No. 20), filed by Plaintiff David Holmes.  Plaintiff's Motion requests production of body camera footage and officer statements.  However, the Court dismissed this case without prejudice and closed it because Plaintiff missed the deadline by which he was required to update his address. (*See* Order, ECF No. 14).  Because Plaintiff's case was dismissed without prejudice, he may be able to pursue his claims by bringing a new case unless barred by statute of limitations.  But because this case is closed, the Court will not consider any further motions filed in this case.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Body Camera Footage and Officer Statements, (ECF No. 20) is **DENIED.**  If Plaintiff wishes to pursue his claims, he must file a new lawsuit.  The Court will not consider further motions in this closed case.

The Clerk of Court is kindly directed to mail Plaintiff a copy of this Order.

Dated this   8   day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court